## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-01784-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 23, 2009 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | Robert Collin Evans |
| **Plaintiff,** | |
| v. | |
| ACCENT' WINDOWS, INC., | James A. Jablonski |
| TIMOTHY J. MARCOVICH, | *Pro se* |
| SHERRY M. MARKOVICH, | *Pro se* |
| TERRY G. MARCOVICH, | *Pro se* |
| TRACY LYNN MARCOVICH, | *Pro se* |
| **Defendants.** | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:     10:04 a.m.**
Court calls case.  Appearances of counsel and Pro se defendants.

Discussion regarding Plaintiff's Motion for Reconsideration of the Minute Order Granting James Jablonski's Motion to Withdraw as Counsel for Defendants Timothy J. Marcovich, Sherry M. Marcovich, Terry G. Marcovich and Tracy Lynn Marcovich and Motion Requesting Opportunity to File an Opposition to James Jablonski's Motion to Withdraw, (doc. #28, filed March 16, 2009).

The court asks Defendants about their plan to represent themselves and for clarification regarding Mr. Jablonski's representation.  Mr. Jablonski states he has been appointed counsel for Accent' Windows in bankruptcy litigation.

The court addresses concerns over the pending deadline of March 26, 2009 for Defendants' response to Motion for Summary Judgment and the potential consequences of Mr. Jablonski's withdrawal as counsel for the individual Defendants.

The court advises individual Defendants of the possible implications for proceeding as *pro se* litigants, and of the requirement for following the Federal Rules of Civil Procedure and the local rules.

The individual Defendants make an oral motion for extension of time to respond to the Motion for Summary Judgment to April 15, 2009. Mr. Evans states he has no objection.

For reasons stated on the record:

ORDERED: The court grants the oral motion for extension of time to respond to the Motion for Summary Judgment (doc. #24, filed March 6, 2009) to April 15, 2009 for all Defendants.

ORDERED: Plaintiff's Motion for Reconsideration of the Minute Order Granting James Jablonski's Motion to Withdraw as Counsel for Defendants Timothy J. Marcovich, Sherry M. Marcovich, Terry G. Marcovich and Tracy Lynn Marcovich and Motion Requesting Opportunity to File an Opposition to James Jablonski's Motion to Withdraw (doc. #28, filed March 16, 2009) is DENIED.

HEARING CONCLUDED.

**Court in recess**: **10:42 a.m.**
Total time in court: 00:38

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.